```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
LIVIA M. SCOTTO,

                        Plaintiff,                    JUDGMENT
                                                      19-CV-2444 (MKB)
        v.

JEFFREY NOORDHOEK, NELNET INC.,
WILLIAM MUNN, MICHAEL MUNN, MICHAEL
DUNLAP, OFFICE OF THE CHANCELLOR,
COUNTY OF MAUI, UNIVERSITY OF HAWAII,
MAUI COMMUNITY COLLEGE, U.S.
DEPARTMENT OF EDUCATION, OFFICE OF
CIVIL RIGHTS, SEATTLE WASHINGTON,
U.S. DEPARTMENT OF TREASURY,

                        Defendants.
------------------------------------------------------------------------ X
```

A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on July 26, 2019, dismissing this action without prejudice; it is

ORDERED and ADJUDGED that this action is dismissed without prejudice; and that this case is closed.

| | |
|---|---|
| Dated: Brooklyn, NY<br>July 30, 2019 | Douglas C. Palmer<br>Clerk of Court |
| | By:  /s/*Jalitza Poveda*<br>Deputy Clerk |