rec'd 9/5/19

FORM 3
COMBINED NOTICE OF APPEAL AND MOTION FOR EXTENSION OF TIME

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 29 2019 ★
BROOKLYN OFFICE
(PRO SE)

\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF _____

19-2446
19-cv-701
19-2445
MOTION TO 19-1456 – 19-cv-901
CONSOLIDATE
CASES

Livia Scotto
v.
Société Air France et al,
Société Generale et al

AND ALL ANY OTHER PARTIES et al
AND DEFENDANTS FILED HERETOFORE et al

NOTICE OF APPEAL AND
MOTION FOR EXTENSION OF TIME

19-2443 – 19-1456
Docket No. 19-2446
19-2445
19-2444

1. Notice is hereby given that **Livia M. Scotto**, hereby appeals
(party)
to the United States Court of Appeals for the Second Circuit from the decision entered in this action
on **August 15, 2019**. (Describe it).   MOTION FOR ASSIGNED COUNSEL
(date)                                    MOTION TO CONSOLIDATE APPEAL

2. In the event that this form was not received in the Clerk's Office within the required time
**Livia M. Scotto** respectfully requests the court to grant an extension of time in
(party)
accordance with FRAP 4(a)(5) for the following reasons which constitute "excusable neglect" or
"good cause" (state reasons): ON CONSULT WITH COUNSEL ON HOLIDAY
COLLATERAL MATTERS MY MOTHER'S DEATH, AWAITING
ON FOLLOWING LEGAL MATTERS IN ESTATE, MATTERS
(FILED IN COURT SUP.CT. S.N.Y.)
a. In further support of this request, **Livia M. Scotto** states that this (See Enclosures)
(party)
Court's decision was received on **8/3/2019** and that this form was mailed to the
(date)
court on **8/12/2019**.
(date) /8/14/2019

Signature
Livia M. Scotto
Printed Name
2770 Golf Heights Circle
Address

Valrico Florida 33596
813 689 8726
Telephone No. (with area code)

12

United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

At a stated Term of the United States Court of Appeals, in and for the Second Circuit, held at the United S

Livia M, Scotto

*Plaintiff-Appellant*

v.

State of Hawaii et al

The Daniel INOUYE Trust et al

Honolulu International Airport etal

HILTON WORLDWIDE HOTELS ET AL

HILTON DOUBLETREE HOTELS ET AL

PRINT HOUSE PRESS ET AL , NEW YORK

CEO MICHAEL FARRELL ET AL

JIM COONAN

KUPERMAN ET AL COUNSEL OF RECORD

PRINTING HOUSE PRESS ET AL

THE CORPORATION TRUST ET AL

U.S. State Department et al

County of Honolulu et al

CORPORATION COUNSEL et al

United States et al

Volks Anwalt et al

Jessica Marie McClean et al

Greystar et al

Star Alliance et al

Air France et al

Vinci Group et al

United Continental Holdings et al

United Continental Airlines et al

United Airlines et al

Excess International Movers et al

Barclays Bank et al

Pentagon Federal Credit Union et al

Wells Fargo Bank et al

Comerica Bank et al

Direct Express Bank et al

Excess Baggage International et al

Affinity Cellular Autoclub et al

M.Dyer and Sons Inc. et al and any

and all affiliates

heretofore filed in venues of jurisdiction and forum selection,

aforementioned et al

and all and any other entities counsel of record heretofore filed et al

*Defendant-Appellees et al*

*See list of additional defendants et al served process*

# Notice of Appeal

# WAS FILED IN ALL FILINGS SUSEQUENT TO CLERKS

# FILING OF RELATED CASES

# On standing of 28 U.S.C.S. S 1295(a) (g)

# 16-9125, 16-9127

# 2:16=CV-08922

# 8:16-cv-3379

# IN THE UNITED STATES DISTRICT COURT

LIVIA M. SCOTTO ) Case Number: 1

v.

SOCIETE GENERAL et al
And all and any other entities defendants appellees respondents
Counsel of record et al heretofore filed et al )
) judge:
)
**ON APPEAL BRIEFS ON THE MERITS**
)
Defendant s et al )
)
**NOTICE OF MOTION TO FOREIGN SERVICE MOTION TO APPOINT COUNSEL 42 U.S.C.S. 2000 (a) (I)(J) EMPLOYMENT LAW MATTER WITHIN TORTS RESTATEMENT OF THE LAW IN THE COURTS**

**RECUSAL OF JUDGES**

**ON JUDGEMENT MOTION TO VACATE JUDGEMENT**

**SUBPOENA FOR RECORDS EVIDENCE THINGS SURVIELLENCE**

**ELECTRONIC DATA**

**WIRE TAP BANK RECORDS WIRE TRANSFERS POLICE**

INTEREST OF JUSTICE

MOTION FOR CLAW BACK OF FEES COSTS SHIPPING COSTS PAPER COPIES ATTORNEY EXPENSES AND FEES ON RETAINER PAID TO FRAUD DISBARRED CRIMINAL MALPRACTICE ATTORNEY

JESSICA MARIE M C CLEAN ET AL

PRINCIPLE OF VOLKS ANWALT ET AL

200 LAGUNA VILLA BLVD C23

JACKSONVILLE BEACH FL. 32202

JESSICA M' MC CLEAN ET AL

VOLKS ANWALT ET AL

100 PARK AVENUE 16 TH FL

NEW YORK, N.Y. 10007

OF VOLKS ANWALT ET AL AND ALL COUNSEL OF RECORD OF THE BAR ATTORNEY GREVIENCE COMMITTEE ET AL

STANDING GREVIENCE BAR

THE BEDEL LAW FIRM HENRY COXE III

MOTION FOR DEMAND OF A LEVY LIENS AND

DEMAND OF AWARDS FOR PERCNIARY HEDONIC

COMPULSATORY ,COMPENSATURY PUNITIVE AND

SPECIAL DAMAGES

FILED HERETOFORE IN ALL AND ANY CASES ON

PRECEDANT THAT VENUE SHOULD REDRESS AS

CASES NEVER WENT TO TRIAL BY JURY AND

FOR THE RECORD MERRYDAY SHOULD KNOW IN

FACT PAY TAXES AND FEES TOO IN FEDERAL AND

STATE LOCAL COUNTIES AND MOTION S

FILED SHOWED IN COMPLAINTS I FILED FOR

CLAWBACKS OF WAGES SALARIES BONUSES

TRAVEL EXPENSES AND SEVERAL OF MY PREVIOUS

EMPLOYERES DID NOT UNDER PENALTY OF LAW I

SWORN DID NOT PAY AND SEXUAL HARASSMENT

# MOTION FOR EXTENSION OF TIME

# MOTION FOR COURT TO SERVE APPEALLEES WITH SUMMONS WARRANTS SUBPOENA LIENS RES PLEVINS ORDERS OF PROPERTY RECOVERIES AND MONIES DIVERTED BY APPEALLEES et al

## NOTICE OF ADDITIONAL APPEALEES

PROOF OF SERVICE UPON DEFENDANTS ET AL

PROOF OF SERVICE

19-cv-2443

## C.I.P FILED WITH MOTIONS PENDANCY ON APPEAL CERTIFIED CERTIFICATE OF SERVICE

ALL ENTITIES SERVED HEREIN ET AL

NOTICE UPON THE COURT OF APPEALLANTS BRIEFS

BRIEFS ON APPEAL FILED WITH C.I.P. CONTENTS

11 TH CIR, R,26 1-2 (c) **FILED WITH CIP IN BRIEFS**

CONTAINED IN THE MOTION AND PETITION TO

UNDER LAW ,I, LIVIA M. SCOTTO .,SWEAR TO

CERTIFY TO THAT EFFECT

MOTION FOR REINSTATEMENT OF ALL AND ANY

FROM OTHER VENUES ON EVIDENCE OF LEGAL JUDICIAL MALPRACTICE

MISCONDUCT OF JUDICIAL OFFICERS et al

,PROFESSIONAL LIABILITY CONCEALMENT IN FACT OF "ATTORNEYS IN FACT" et al

# MOTION TO SHOW CAUSE OF ACTION IN TORTS

# ABANDONMENT BY " ATTORNEY IN FACT"

# JESSICA MARIE MC CLEAN et al

# PRINCIPLE OF" VOLKS ANWALT " et al

## Dba "For The People " et al

# And all and any of McCLEAN 'S OTHER FRAUDULENT ENTITIES

MOTION FOR CHANGE OF VENUE

APP.No.

CASE NO   3:18-cv-779-J-JBT

8:18-cv-1430

8:18-cv-1495

8:18-cv-1662

8:18-cv-1663

8:18-cv-1664

8:18-cv-1665

8:18-cv-1666

8:18-cv-1659

8:18-cv-01433


15=1198

MOTION TO FILE LIENS , SUPRA PERMANENT INJUNCTION

MOTION FOR SERVICE OF PROCESS

FOR RES PLEVINS

CASES HERTOFORE FILED 18:14043-J

# MOTION FOR WARRANT FOR ARREST AND MONEY SEIZURES SUMMONS PROPERTY CHATTEL HELD BY ATTORNEY IN FACT

# JESSICA M. Mc CLEAN et al

# PRINCIPLE OF VOLKS ANWALT LAW et al

# 200 LAGUNA VILLA BLVD UNIT C-23

# JACKSONVILLE BEACH FLORIDA 32250

AND ALL AND ANY

OTHER CASES FILED HERETOFORE

MOTION FOR CONSTRUCTION LIENS FOR PERCUNIARY LOSSES DAMAGES AND APPEALLANTS PROPERTY HELD IN PREMISES OF VINCI AIRPORTS ALS AEROPORTOS de LISBOA PORTUGAL ET AL

ANA ET AL

MOTION FOR PROPERTY RECOVERY j, STILL IN POSESSION OF VINCI CONSTRUCTION et al ON APPEALLEES HOLDINGS SLATED FOR dba VINCI

MOTION TO FILE FOR CERTIFIED COPY DOCKETING STATEMENT EN

BRIEFS ON THE MERITS

DOCKETING STATEMENY

SUMMONS WITH NOTICE

SUMMONS AND REAMMENDED COMPLAINT APPEAL AND VERIFIED PETITION

ORDER TO SHOW CAUSE

NOTICE UPON THE COURT OF C.I.P.

NOTICE OF AMMENDED APPEAL ADDITIONAL APPEALLEES ET AL

NOTICE OF MOTIONS OF CONSTRUCTION LIENS ON APPEALLEES CONTRACTS HOLDINGS et al

# AND ELEVENTH CIR. AND NEW YORK, HOUSTON TEXAS, HONOLULU .HAWAII TO SHOW CAUSE FOR USE IN THE APPEAL

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS

NOTICE OF COLLATERAL MATTERS

MOTION TO FILE FOR JUDICIAL INTERVENTION TITLE IV. FRAP 15

MOTION TO FILE APPEAL WITH OTHER RELATED MATTERS

MOTION TO CONSOLIDATE CASES ON APPEAL
FROM THE MIDDLE DISTRCT TAMPA FLORIDA

AND JACKSONVILLE DIVISION

MOTION FOR CHANGE OF VENUE

IN THE US COURT OF APPEALS FOR THE 11TH CIR

IN THE U.S. COURT OFAPPEALS FOR THE FED CIR.

IN THE U.S. COURT OF FEDERAL CLAIMS

IN THE ICC AND ICJ LUXEMBOURG

IN THE EUROPEAN COURT

## MOTION TO CONSOLIDATE CASES FILED IN VENUES DIVISIONS OF THE DISTRICT COURT OF FLORIDA JACKSONVILLE DIVISION TAMPA DIVISION